LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
### CERTIFIED CRIMINAL TRIAL ATTORNEY
### (LGR LAW, LLC)

| | | |
|---|---|---|
| NEW JERSEY OFFICE<br>6 POMPTON AVENUE<br>CEDAR GROVE, NJ 07009<br>(973) 239-4300 |  | NEW YORK OFFICE<br>48 WALL STREET, 5TH FLOOR<br>NEW YORK, NY 10005<br>(646) 779-2746 |

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

February 23, 2022

*Via ECF*
Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re:**   *United States v. Derrick Latimore*
               **22 cr 82 (CM)**

Dear Judge McMahon:

      We represent Derrick Latimore, in the above matter. We are still in the process of procuring a second co-signer for Mr. Latimore's bail. I am respectfully requesting a 2-week adjournment to have sufficient time to find an appropriate cosigner. Ashley Nicolas, AUSA, on behalf of the Government and Jonathan Lettieri, Pretrial Service Officer, have no objection. Your Honor's time and consideration of this request is greatly appreciated.

                                           Respectfully submitted,
                                           s/
                                           Lorraine Gauli-Rufo, Esq.
                                           *Attorney for Derrick Latimore*

CC:    Ashley Nicolas, AUSA
          Jonathan Lettieri, Pretrial Service Officer