

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

MEMO ENDORSED

March 29, 2022

3/29/22

Granted

*Via ECF*
Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Derrick Latimore
Case No. 22-cr-82 (CM)

Dear Judge McMahon:

I represent Derick Latimore in the above matter. Unfortunately, Mr. Latimore's stepson tragically passed away at 10:45am today, due to complications involved with Muscular Dystrophy. He was nineteen (19) years. Mr. Latimore is currently out on bond with a condition of Home Incarceration. We respectfully request that Your Honor permit Mr. Latimore to leave his home so that he can travel to Blackdale Hospital with his wife, to aid her in handling the affairs surrounding the death of his stepson. Both his Pretrial Service Officer, Jonathan Lettieri, and Assistant United States Attorney, Ashley Nicholas, have no objections to this request. Should Your Honor grant this request, Mr. Latimore will arrange his travel and time to leave and return to his home with Officer Lettieri. Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,
s/
Lorraine Gauli-Rufo,
*Attorney for Derrick Latimore*

cc: Ashely Nicholas, AUSA
Jonathan Lettieri, USPTSO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/22