USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/22



**LGR LAW, LLC**
FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

MEMO ENDORSED

April 14, 2022

4/14/22
Bail modification as requested herein granted

[signature]

Via ECF
Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Derrick Latimore
Case No. 22-cr-82 (CM)

Dear Judge McMahon:

I represent Derick Latimore in the above matter. As Your Honor may recall, Mr. Latimore's stepson passed away on March 29, 2022, at the age of 19, due to complications involved with Muscular Dystrophy. Our office has just been made aware that his stepson's funeral, repast and burial are scheduled for Friday April 15, 2022 and Saturday April 16, 2022. Mr. Latimore is currently out on bond with a condition of home incarceration. We respectfully request that Your Honor permit Mr. Latimore to leave his home so that he can attend the funeral, repast and burial. The funeral is scheduled for Friday April 15, 2022, at Owens Funeral Home located at 216 Lenox Avenue, New York, NY 10027 from 2:00 PM – 5:00 PM, followed by the repast at 304 W 133rd Street, New York, NY 10030 from 6:00 PM – 1:00 AM. The burial is scheduled for Saturday April 16, 2022, at 10:00 AM, at 1845 Adam Clayton Powell to Rosedale Memorial Park at 355 East Linden Avenue. Both Mr. Lattimore's Pretrial Service Officer, Jonathan Lettieri, and the Assistant United States Attorney on this matter, Ashley Nicholas, have no objection to this request. Should Your Honor grant this request, Mr. Latimore will arrange his travel and time to leave and return to his home with Officer Lettieri. Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,
s/
Lorraine Gauli-Rufo,
*Attorney for Derrick Latimore*

cc: Ashely Nicholas, AUSA
Jonathan Lettieri, USPTSO