

# LGR LAW, LLC
### FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

MEMO ENDORSED

6/14/22

OK

[signature: Colleen McMahon]

June 13, 2022

*Via ECF*
Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Derrick Latimore
Case No. 22-cr-82 (CM)

Dear Judge McMahon:

I represent Derick Latimore in the above matter. Sadly, Mr. Latimore's grandmother passed away on June 9, 2022. The family is having a wake, funeral and a repast in New York, and Mr. Latimore is respectfully requesting permission to attend. Mr. Latimore is currently out on bond with a condition of home incarceration. The schedule for the visitation, service and repast, are as follows: the visitation is Wednesday, June 15, 2022, from 4:00 PM – 8:00 PM, and the service is Thursday, June 16, 2022, from 4:00 PM – 8:00 PM, followed by the repast from 8:00 PM – 1:00 AM. Jonathan Lettieri, Mr. Latimore's Pretrial Service Officer has no objection to him attending the funeral, repast and burial and AUSA Ashley Nicholas defers to Pretrial Services. Therefore, we respectfully request a modification in Mr. Latimore's bail to permit him to attend the events set forth above with times and dates set by Pretrial Services.

Should Your Honor grant this request, Mr. Latimore will arrange his travel and time to leave and return to his home with Officer Lettieri. Your Honor's time and consideration of this request is greatly appreciated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/22

Respectfully submitted,
s/
Lorraine Gauli-Rufo,
Attorney for Derrick Latimore

cc: Ashely Nicholas, AUSA
Jonathan Lettieri, USPTSO