

**LGR LAW, LLC**
**FEDERAL CRIMINAL DEFENSE**

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

MEMO ENDORSED

September 21, 2022

*Via ECF*
Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

9/22/2022
The undersigned is approved

Re: United States v. Derrick Latimore
Case No. 22-cr-82 (CM)

Dear Judge McMahon:

I represent Derrick Latimore in the above matter. Mr. Latimore is requesting to go to Juma (Friday) prayers at his Mosque located at 1872 Webster Ave Bronx NY 10457 (Masjid Ghurabba Ahlul Sunna), where it his religious day for prayer as he is a Muslim. Mr. Latimore is also requesting to go visit his mother on Friday, September 23, 2022, at 12:00 PM at his aunt's house who lives at 2352 University, Bronx New York 10468. His mother is ill with heart issues. He also indicated that he may have to take his mother to the hospital, but he is not sure which hospital yet. Jonathan Lettieri, Mr. Latimore's Pretrial Services (PTS) has no objection to him attending his religous services once per week, as long as he is able to secure a letter from the institution noting the date, time and location of the prayer services as well as a contact name/phone number of someone who could confirm his attendance. As for visiting his mother, PTS takes no position on this specific request. However, PTS would oppose future leave requests for strictly social purposes, AUSA Ashley Nicholas defers to Pretrial Services on all requests. Therefore, we respectfully request a modification in Mr. Latimore's bail to permit him to attend his religious services once a week, with the approval of PTS, and a modification for a one time visit with his mother.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/22

Case 1:22-cr-00082-CM   Document 86   Filed 09/20/22   Page 2 of 2
Case 1:22-cr-00082-CM   Document 87   Filed 09/22/22   Page 2 of 2

Should Your Honor grant this request, Mr. Latimore will arrange his travel and time to leave and return to his home with Officer Lettieri and provide PTS with all the requested information. Your Honor's time and consideration of this request is greatly appreciated.

                                              Respectfully submitted,
                                              s/ Lorraine Gauli-Rufo
                                              Lorraine Gauli-Rufo,
                                              *Attorney for Derrick Latimore*

cc:  Ashely Nicholas, AUSA
      Jonathan Lettieri, PTS

2