```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA
                                        :    22 Cr. 82-8 (CM)
     -against-                          :    ORDER
                                        :
Derrick Latimore                        :
         Defendant                      :
                                        :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2022

COLLEEN McMAHON, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as directed by Pretrial Services.

Dated: New York, New York
       October 28, 2022

SO ORDERED:

_____
COLLEEN McMAHON
United States District Judge