

**LGR LAW, LLC**
**FEDERAL CRIMINAL DEFENSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2022

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

November 21, 2022

MEMO ENDORSED

Granted

*Via ECF*
Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Derrick Latimore
Case No. 22-cr-82 (CM)

/s/ Colleen McMahon
11/23/2022

Dear Judge McMahon:

I represent Derrick Latimore in the above matter. Mr. Latimore is requesting to visit his mother's house on Thanksgiving Day from 10:00 AM - 7:00 PM. Her address is 229 W. 110th St. NY, NY 10026. Pretrial Services, Jonathan Lettieri, objects to this request due to a matter of policy "Pretrial Services opposes all leave requests for social activities for defendants subject to home incarceration or home detention". AUSA Ashley Nicholas defers to Pretrial Services. We respectfully request that Your Honor grant this request.

Should Your Honor grant this request, Mr. Latimore will arrange his travel and time to leave and return to his home with Officer Lettieri. Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,
s/ Lorraine Gauli-Rufo,
Lorraine Gauli-Rufo,
*Attorney for Derrick Latimore*

cc: Ashely Nicholas, AUSA
Jonathan Lettieri, PTS