Case 1:22-cr-00082-CM   Document 115   Filed 11/29/22   Page 1 of 1
Case 1:22-cr-00082-CM   Document 115   Filed 12/01/22   Page 1 of 1



**LGR LAW, LLC**
**FEDERAL CRIMINAL DEFENSE**

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

MEMO ENDORSED

November 29, 2022

*Via ECF*
Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

OK /s/ Colleen McMahon

    Re: United States v. Derrick Latimore
        Case No. 22-cr-82 (CM)

Dear Judge McMahon:

    I represent Derrick Latimore in the above matter. Mr. Latimore is requesting to do community service. The community service will be held at Good Shepherd Services, a juvenile detention center located at 2207 University Ave, Bronx NY 10453. Mr. Latimore would be involved in the teen division, and will assistant in activities, give speeches etc. We have presented Pretrial Services with a letter from Mercedes Williams, who would be Mr. Latimore's supervisor should he be approved for this volunteer work. While there is no set schedule, the volunteer work would be two times each week, and would be between the hours of 9:00 am and 5:00 pm. Pretrial Services, Jonathan Lettieri, has no objection to this request. AUSA Ashley Nicholas defers to Pretrial Services.

    Should Your Honor grant this request, Mr. Latimore will arrange his travel and time to leave and return to his home with Officer Lettieri. Your Honor's time and consideration of this request is greatly appreciated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/22

Respectfully submitted,
s/ Lorraine Gauli-Rufo,
Lorraine Gauli-Rufo,
*Attorney for Derrick Latimore*

cc:  Ashely Nicholas, AUSA
     Jonathan Lettieri, PTS