Case 1:22-cr-00082-CM Document 126 Filed 12/19/22 Page 1 of 1




USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/22

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

MEMO ENDORSED

December 19, 2022

12/19/22

OK

Colleen McMahon

*Via ECF*
Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Derrick Latimore
Case No. 22-cr-82 (CM)

Dear Judge McMahon:

I represent Derrick Latimore in the above matter. Mr. Latimore is requesting a modification of his bail conditions from home incarceration to home detention, so that he can leave the home to apply for jobs attend interviews, in person. Pretrial Services, Jonathan Lettieri, has no objection to this request and AUSA Ashley Nicholas defers to Pretrial Services. Therefore, we respectfully request a modification to Mr. Latimore's bail to home detention, so that Mr. Lattimore can seek employment.

Should Your Honor grant this request, Mr. Latimore will arrange his travel and time to leave and return to his home with Officer Lettieri and provide him with all the requested information for each interview and any employment schedule he receives. Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,
s/ Lorraine Gauli-Rufo,
Lorraine Gauli-Rufo,
*Attorney for Derrick Latimore*

cc: Ashely Nicholas, AUSA
Jonathan Lettieri, PTS