

# LGR LAW, LLC
### FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

*MEMO ENDORSED*

December 21, 2022

12/22/22

OK

[signature: Colleen McMahon]

*Via ECF*
Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

                Re: United States v. Derrick Latimore
                Case No. 22-cr-82 (CM)

Dear Judge McMahon:

    I represent Derrick Latimore in the above matter. Mr. Latimore is requesting to visit his mother's house on Christmas Eve and Christmas Day during 10:00 AM - 7:00 PM. Pretrial Services, opposes based on internal policy. Per Officer Lettieri "Pretrial Services opposes the requests for Christmas Eve and Christmas Day, as it is our policy to object to all leave requests for social purposes for defendants on home incarceration/detention."". AUSA Ashley Nicholas takes no position. We respectfully request that Your Honor grant this request.

    Should Your Honor grant this request, Mr. Latimore will arrange his travel and time to leave and return to his home with Officer Lettieri. Your Honor's time and consideration of this request is greatly appreciated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/22

Respectfully submitted,
s/ Lorraine Gauli-Rufo,
Lorraine Gauli-Rufo,
*Attorney for Derrick Latimore*

cc: Ashely Nicholas, AUSA
    Jonathan Lettieri, PTS