

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

MEMO ENDORSED

February 2, 2023

2/2/23

He can attend the
funeral as requested

*[signed]* Colleen M. McMahon

*Via ECF*
Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Derrick Latimore
Case No. 22-cr-82 (CM)

Dear Judge McMahon:

I represent Derick Latimore in the above matter. Mr. Latimore's cousin, Anthony Prince, passed away at the end of January. The funeral service is tomorrow, Friday February 3, 2023, at the United Funeral Home located at 2352 Fredrick Douglass Blvd, New York, NY 10027. The service is from 3:00-5:00. Mr. Latimore's Pretrial Service Officer, Jonathan Lettieri, has no objection to this request, and Assistant United States Attorney, Ashley Nicholas, has deferred to pre-trial's position. Should Your Honor grant this request, Mr. Latimore will arrange his travel and time to leave and return to his home with Officer Lettieri. Your Honor's time and consideration of this request is greatly appreciated.

✓

Respectfully submitted,
s/
Lorraine Gauli-Rufo,
*Attorney for Derrick Latimore*

cc: Ashely Nicholas, AUSA
    Jonathan Lettieri, USPTSO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/23