

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/23

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

August 2, 2023

*Via ECF*
Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

8/4/23
Granted
[signature]

Re: United States v. Derrick Latimore
Case No. 22-cr-82 (CM)

Dear Judge McMahon:

I represent Derrick Latimore in the above matter. The sentencing in the above matter is currently scheduled for August 18, 2023 and the defense sentencing submission is due Friday, August 4, 2023. We have not yet received the final presentence report ("PSR") and should receive it by August 9, 2023. We would like to have the final PSR prior to submitting our sentencing submission. Therefore, we are respectfully requesting that Mr. Latimore's sentencing be adjourned until September 15, 2023, or a date thereafter that is convenient for the Court and that our sentencing submissions be due September 1, 2023 which would be 2 weeks prior to the sentencing date. AUSA Ashley Nicolas has no objection to this request.

Your Honors time and consideration to this request is greatly appreciated.

Respectfully submitted,
s/ Lorraine Gauli-Rufo,
Lorraine Gauli-Rufo,
*Attorney for Derrick Latimore*

cc:  Ashely Nicholas, AUSA
     Jonathan Lettieri, PTS